**Electronically Filed
Supreme Court
SCWC-18-0000350
17-DEC-2019
02:24 PM**

SCWC-18-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CHARLY HERNANE, also known as CHARLIE HERNANE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000350; 1PC111000699)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed December 12, 2019, is corrected as follows:

On page 24, the attorney credits shall read:

Seth Patek
(Jon N. Ikenaga
with him on the briefs)
for petitioner

Stephen K. Tsushima
for respondent

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, December 17, 2019.

/s/ Sabrina S. McKenna

Associate Justice

